IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 05-1321-PK |
| vs. | ) ) | ORDER |
| CITY OF GLENDALE, | ) ) | |
| Defendant. | ) ) | |

    Lisa A. Kaner
    Lynn Reiko Nakamoto
    Markowitz Herbold Glade & Mehlhaf, PC
    1211 S.W. Fifth Avenue, Suite 3000
    Portland, Oregon  97204

        Attorneys for Plaintiff

    Arden E. Shenker
    Shenker & Bonaparte LLP
    One S.W. Columbia, Suite 475
    Portland, Oregon  97204

-and-

Page 1 - ORDER

Dennis Lane
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C.  20036

Steven G. Lins
City of Glendale
613 E. Broadway, Suite 220
Glendale, California  91206

   Attorneys for Defendant

KING, Judge:

  The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on May 10, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

  Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#33). IT IS HEREBY ORDERED that the City of Glendale's Motion to Dismiss (#24) is denied.

  Dated this   1st   day of June, 2007.

            /s/ Garr M. King
           Garr M. King
           United States District Judge